ISAAC A. LICHENSTEIN and LOUIS LICHENSTEIN, Respondents, v. JAMES I. DAVIS, Appellant, and ALICE E. DAVIS, His Wife, Defendant.— Judgment modified by striking out the award of $2,000 damages based upon appellant's inability to convey all of the land, and as modified the judgment is unanimously affirmed, without costs. The defendant's inability to convey all of the land contracted to be sold was the result of an innocent mistake; and in such a case the vendor should not be charged with damages claimed to be the difference between the contract price and the value of the land. (*Northridge* v. *Moore*, 118 N. Y. 419, 422; *Margraf* v. *Muir*, 57 id. 155, 159; *Schwimmer* v. *Roth*, 111 Misc. 654, at p. 656.) There is no finding, nor should there have been, that defendant was guilty of bad faith in the making of the contract. Findings of fact and conclusions of law inconsistent herewith are reversed. We find appellant's requests to find numbered 4, 5 and 6, which were refused by the trial court. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

NELSON A. McGILL, Respondent, v. JAMES A. DeGRAW and EMMA A. DeGRAW, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Young, Kapper, Hagarty, Carswell and Davis, JJ.

MERMAID CINEMA CORPORATION, Respondent, v. GENERAL TALKING PICTURES CORPORATION, Appellant.— Order as resettled denying defendant's motion to require plaintiff to increase security affirmed, with ten dollars costs and disbursements. No opinion. Young, Kapper, Hagarty, Tompkins and Davis, JJ., concur.

JAMES MERRICK, an Infant, by LEO MERRICK, His Guardian ad Litem, and LEO MERRICK, an Individual, Respondents, v. KNICKERBOCKER ICE COMPANY, Appellant.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

AGNES MORRIS, Respondent, v. ALVIN NOVELTY COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

GEORGE MORRIS, Respondent, v. ALVIN NOVELTY COMPANY, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

JACOB O. PEDERSEN, Plaintiff, v. PACKARD WESTCHESTER COMPANY, INC., Defendant. ODIN HOLDING CORPORATION, Appellant, v. PACKARD WESTCHESTER COMPANY, INC., Respondent.— Order on reargument consolidating actions affirmed, with ten dollars costs and disbursements. No opinion. The amended complaint is to be served within ten days from the entry of the order herein. Young, Kapper, Hagarty, Tompkins and Davis, JJ., concur.